UST-31, 3-03

BRIAN J. MULLEN
Bankruptcy Trustee
P.o. Box 32247
Phoenix, AZ  85064
(602) 283-4468

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| HOLMES, BRADLEY EDWARD | ) | CASE NO. 08-05536-PHX-GBN |
| HOLMES, SUNNY MAE | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

  BRIAN J. MULLEN, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 6 | eCast Settlement Corp<br>Assignee of HSBC Bank Nevada<br>Bass& Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ  85712 | $2.52 |

February 3, 2011         /s/
  DATE              BRIAN J. MULLEN, TRUSTEE